UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CAL COBURN BROWN, *et al.*,

    Plaintiffs,

    v.

ELDON VAIL, *et al.*,

    Defendants.

NO. CV-09-5012-RHW

**ORDER OF REMAND**

Before the Court is Plaintiffs' Motion for Temporary Restraining Order (Ct. Rec. 9). A telephonic hearing on this motion was held on February 24, 2009, at 2:00 p.m. Plaintiff Brown was represented by Gilbert Levy; Plaintiff Gentry was represented by Scott Engelhard; and Defendants were represented by John Samson and Sara Olson.

Prior to the hearing, the Court entered an Order to Show Cause (Ct. Rec. 19) directing the parties to address the issue of the propriety of the removal of this case to the Eastern District of Washington rather than the Western District of Washington. The State Defendants acknowledged that the removal was mistakenly made to the Eastern District of Washington and was not authorized by the removal statute. The State contended that the Court could nonetheless proceed because the parties had consented to its jurisdiction by filing pleadings without raising an objection to venue or jurisdiction. In the alternative, the State contended that the Court should transfer the case to the Western District rather than remand.

The attorneys for the Plaintiffs contended that the Court should remand the case to the Superior Court of Thurston County for the reasons stated in the Court's

**ORDER OF REMAND** \*1

1  Order to Show Cause.
2      For the reasons stated on the record and set forth in the Court's Order to
3  Show Cause (Ct. Rec. 19), this matter is hereby **remanded** to Thurston County
4  Superior Court for all further proceedings.
5      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
6  Order, forward copies to counsel, and close the file.
7      **DATED** this 24th day of February, 2009.
8                                *s/ Robert H. Whaley*
9                          ROBERT H. WHALEY
                           Chief United States District Judge
10
11 Q:\CIVIL\2009\Brown\remand.ord.wpd

**ORDER OF REMAND** *2